**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HOMIESHOP PROPERTIES, L.L.C.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-06068

## ORDER TO EXCEED WORD LIMIT

On this day, the Court considered Plaintiff's Motion to Exceed Page Limitation (the "Motion") and it is hereby **ORDERED** that Plaintiff may submit a memorandum of law in support of its *ex parte* application for entry of an order to show cause with a temporary restraining order and other relief in excess of the default 8,750-word limit contained in Local Civil Rule 7.1(c).

Dated: July 22, 2026
New York, New York



UNITED STATES DISTRICT JUDGE