AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

HOMIESHOP PROPERTIES, L.L.C.

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

*Defendant(s)*

Civil Action No. 1:26-cv-06068-ER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin Yi
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 12, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

Civil Action No. 1:26-cv-06068-ER

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)* 08/12/2026 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

☑ Other *(specify):* On August 13, 2026, I sent an email containing the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order ("OSC"), and the Court's July 30 order extending the temporary restraining order and other deadlines, and a link to a website containing aforementioned pleadings to the email . addresses for Defendants identified in Schedule A to the Complaint provided to Plaintiff by third parties, pursuant to the service method permitted in the OSC.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/13/2026

/s/ Martin Yi

*Server's signature*

Martin Yi, Plaintiff's attorney

*Printed name and title*

55 Hudson Yards, 20th Floor, New York, NY 10001

*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

HOMIESHOP PROPERTIES, L.L.C.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Case No. 1:26-cv-06068-ER

## SCHEDULE A

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 1 | 2WER | https://us.shein.com/store/home?store_code=7671569957 |
| 2 | 3IBgMCCV | https://us.shein.com/store/home?store_code=8299691193 |
| 3 | 52I0Mu2G | https://us.shein.com/store/home?store_code=6219945010 |
| 4 | ad b bhjn | https://us.shein.com/store/home?store_code=4606395967 |
| 5 | Art on the wall | https://us.shein.com/store/home?store_code=2520812695 |
| 6 | Beside Xu's Family | https://us.shein.com/store/home?store_code=5838820791 |
| 7 | Blanket-Channel | https://us.shein.com/store/home?store_code=7619458067 |
| 8 | Blankets Lover | https://us.shein.com/store/home?store_code=2216009853 |
| 9 | bqzhm | https://us.shein.com/store/home?store_code=1171866288 |
| 10 | brhger | https://us.shein.com/store/home?store_code=7053390186 |
| 11 | Christopher J Gerard | https://us.shein.com/store/home?store_code=4395332206 |
| 12 | Chui Qing | https://us.shein.com/store/home?store_code=2150076568 |
| 13 | CosmicRay34 | https://us.shein.com/store/home?store_code=1758597936 |
| 14 | Co·1·1· | https://us.shein.com/store/home?store_code=4371928816 |
| 15 | dfwgt | https://us.shein.com/store/home?store_code=5048727286 |
| 16 | dgdryr | https://us.shein.com/store/home?store_code=7521239121 |
| 17 | FACHENQR SHOP | https://us.shein.com/store/home?store_code=6458182346 |
| 18 | fgdhv | https://us.shein.com/store/home?store_code=3923841590 |
| 19 | G&Z FASHION | https://us.shein.com/store/home?store_code=5120950251 |
| 20 | gjfghfthdfthtgyjh | https://us.shein.com/store/home?store_code=1318797189 |
| 21 | GLAREWEAR TRADING | https://us.shein.com/store/home?store_code=1368332887 |
| 22 | GOLDEN FRIED CHICKEN | https://us.shein.com/store/home?store_code=6806287530 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 23 | GUANQIz | https://us.shein.com/store/home?store_code=3236517965 |
| 24 | Handsome man's wardrobe | https://us.shein.com/store/home?store_code=2946004625 |
| 25 | huangzihan costume | https://us.shein.com/store/home?store_code=1797563191 |
| 26 | Hype Horizon | https://us.shein.com/store/home?store_code=1709141230 |
| 27 | HypeStitch | https://us.shein.com/store/home?store_code=9131495656 |
| 28 | JadeMist54 | https://us.shein.com/store/home?store_code=8263544310 |
| 29 | JIAHONGEL SHOP | https://us.shein.com/store/home?store_code=2999981368 |
| 30 | JNFHDHW | https://us.shein.com/store/home?store_code=1705191111 |
| 31 | JYWDP | https://us.shein.com/store/home?store_code=6368556118 |
| 32 | langjiexiaoshop | https://us.shein.com/store/home?store_code=3635126109 |
| 33 | LIANGJNIW SHOP | https://us.shein.com/store/home?store_code=7204812185 |
| 34 | liupingpingdedian | https://us.shein.com/store/home?store_code=9518261628 |
| 35 | LivingPlusss | https://us.shein.com/store/home?store_code=8013839478 |
| 36 | Love is Live | https://us.shein.com/store/home?store_code=3205288071 |
| 37 | Luxe Clothing | https://us.shein.com/store/home?store_code=8577960482 |
| 38 | Manda Shop | https://us.shein.com/store/home?store_code=7124270670 |
| 39 | Men Shirts | https://us.shein.com/store/home?store_code=1480838010 |
| 40 | mhgjs | https://us.shein.com/store/home?store_code=5529125467 |
| 41 | Min sohp | https://us.shein.com/store/home?store_code=1226483914 |
| 42 | MindMosaic6 | https://us.shein.com/store/home?store_code=6689634406 |
| 43 | MODERN RELIC | https://us.shein.com/store/home?store_code=1294953893 |
| 44 | myhkt | https://us.shein.com/store/home?store_code=6417743739 |
| 45 | nanxianshuyecangshangmaodian | https://us.shein.com/store/home?store_code=7596581170 |
| 46 | NATALIE SHOP | https://us.shein.com/store/home?store_code=4263776104 |
| 47 | NeutralThread Hub | https://us.shein.com/store/home?store_code=9428958024 |
| 48 | New Aus Arcade | https://us.shein.com/store/home?store_code=9889657481 |
| 49 | New Indi Pub | https://us.shein.com/store/home?store_code=5829052715 |
| 50 | Ocean shop | https://us.shein.com/store/home?store_code=7798081719 |
| 51 | OMMERYU (Cozy Bliss) | https://us.shein.com/store/home?store_code=8969826273 |
| 52 | Parabeln flschung | https://us.shein.com/store/home?store_code=4753864493 |
| 53 | Ribbon Small Mart | https://us.shein.com/store/home?store_code=9167659864 |
| 54 | sfrhsfghsfgserfg | https://us.shein.com/store/home?store_code=5092128764 |
| 55 | Shen Hong Global | https://us.shein.com/store/home?store_code=7830621960 |
| 56 | SONHDALI | https://us.shein.com/store/home?store_code=6669472530 |
| 57 | SunnyCove | https://us.shein.com/store/home?store_code=9154204100 |
| 58 | svrwewq | https://us.shein.com/store/home?store_code=8230922234 |
| 59 | SYSYXGS | https://us.shein.com/store/home?store_code=1127638455 |
| 60 | Tapestry. | https://us.shein.com/store/home?store_code=2117068852 |
| 61 | TerraLoo25 | https://us.shein.com/store/home?store_code=1696768318 |
| 62 | Thicket & Throw | https://us.shein.com/store/home?store_code=8552413763 |
| 63 | thyjjk | https://us.shein.com/store/home?store_code=3051456107 |
| 64 | THYM Customized | https://us.shein.com/store/home?store_code=9358086550 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 65 | Vestido antiguo | https://us.shein.com/store/home?store_code=6465251003 |
| 66 | VitalEssence Care | https://us.shein.com/store/home?store_code=2673707933 |
| 67 | wgnyt | https://us.shein.com/store/home?store_code=2124682133 |
| 68 | wgqvotaxde | https://us.shein.com/store/home?store_code=2658808385 |
| 69 | WhatSun Studio | https://us.shein.com/store/home?store_code=2437841106 |
| 70 | WHSO SHOP | https://us.shein.com/store/home?store_code=8357245774 |
| 71 | WLWWomen's Clothing | https://us.shein.com/store/home?store_code=9540509411 |
| 72 | Woudmioz | https://us.shein.com/store/home?store_code=2202026255 |
| 73 | wwretr | https://us.shein.com/store/home?store_code=6473673961 |
| 74 | xvc jyhdryjh | https://us.shein.com/store/home?store_code=9651902718 |
| 75 | yangjiutian | https://us.shein.com/store/home?store_code=1732026278 |
| 76 | yangliyuann | https://us.shein.com/store/home?store_code=6851126359 |
| 77 | Yanshangda | https://us.shein.com/store/home?store_code=7905104011 |
| 78 | YHsdaYY | https://us.shein.com/store/home?store_code=2068860595 |
| 79 | YMZSUKE SHOP | https://us.shein.com/store/home?store_code=1650365996 |
| 80 | YuanHui Shop | https://us.shein.com/store/home?store_code=7332240335 |
| 81 | YUGHBXV | https://us.shein.com/store/home?store_code=1715763591 |
| 82 | zhangjiaqi | https://us.shein.com/store/home?store_code=4269364453 |
| 83 | zz5891936zz | https://us.shein.com/store/home?store_code=3682463258 |